**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division**

Esteban Hernandez
                                  Plaintiff,

v.                                                             Case No.: 1:17−cv−07074
                                                            Honorable Charles P. Kocoras

Bofo Waterproofing LLC, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 7, 2017:

      MINUTE entry before the Honorable Charles P. Kocoras: Status hearing held. Parties have reached settlement. This cause is hereby dismissed without prejudice and with leave to reinstate on or before 2/6/2018 if settlement is not effectuated. Said dismissal will then become with prejudice without further order of the Court unless the complaint has been reinstated or the time to reinstate has been extended by the Court. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.